# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DRANEY INFORMATION SERVICES CORP., et al., | 2:09-cv-0040-LDG-LRL |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In light of the court's recent approval of the parties' stipulation of deadlines, and its previous ruling on the pending dispositive motions,

THE COURT HEREBY ORDERS that the motion to strike case deadlines (#40) is DENIED as moot.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge