Andrew P. Gordon (Nevada Bar No. 3421)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966

Kent A Yalowitz, Esq.
ARNOLD & PORTER LLP
399 Park Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs and Counterclaim Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant. | Civil No. 2:09-cv-00040- LDG (VCF) <br><br> **JOINT REQUEST TO TAKE PENDING DATES OFF-CALENDAR** |
| United States <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Draney Information Services Corp., <br><br> Counterclaim Defendant | |

Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States are in the process of negotiating a settlement of all issues in the case. After extensive discussions and analysis, counsel for the parties have reached an agreement in principal, subject to approval by senior officials at the Department of Justice. Plaintiffs have presented a detailed written proposal to the Department of Justice, and counsel of record for the

1  United States has recommended that settlement for approval by senior officials at the Department of
2  Justice. The parties anticipate finalizing the settlement within sixty days.
3       In light of these developments, the parties jointly request that the Court take all pending
4  dates off-calendar. If the parties have not finalized a settlement within sixty days, the parties propose
5  filing a joint status report with the Court on March 9, 2012, and filing joint status reports thereafter every
6  two weeks until the settlement is finalized.

                                                    Respectfully submitted,

Dated: January 6, 2012                              /s/ Kent A. Yalowitz
                                                    Andrew P. Gordon
                                                    McDonald Carano Wilson LLP
                                                    2300 West Sahara Avenue
                                                    Suite 1000
                                                    Las Vegas, Nevada 89102

                                                    Kent A. Yalowitz
                                                    Arnold & Porter LLP
                                                    399 Park Avenue, 34th Floor
                                                    New York, New York 10022

                                                    Attorney for Plaintiffs and Counterclaim Defendant

Dated: January 6, 2012                              STEVEN W. MYHRE
                                                    Attorney for the United States,
                                                    Acting Under Authority Conferred
                                                    by 28 U.S.C. § 515
                                                    /s/ Andy R. Camacho
                                                    JEREMY N. HENDON
                                                    ANDY R. CAMACHO
                                                    Trial Attorneys, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 683
                                                    Ben Franklin Station
                                                    Washington, D.C. 20044-0683

                                                    Attorneys for the United States of America


                                                    ORDER

IT IS SO ORDERED.
       DATED: 1-10-2012                             _____
                                                    United States Magistrate Judge