Andrew P. Gordon (Nevada Bar No. 3421)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966

Kent A Yalowitz, Esq.
ARNOLD & PORTER LLP
399 Park Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs and Counterclaim Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant. | Civil No. 2:09-cv-00040- LDG (VCF) <br><br> **JOINT REQUEST TO TAKE PENDING DATES OFF-CALENDAR** |
| United States <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Draney Information Services Corp., <br><br> Counterclaim Defendant | |

Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States are in the process of negotiating a settlement of all issues in the case. After extensive discussions and analysis, counsel for the parties have reached an agreement in principal, subject to approval by senior officials at the Department of Justice. Plaintiffs have presented a detailed written proposal to the Department of Justice, and counsel of record for the

United States has recommended that settlement for approval by senior officials at the Department of Justice. The parties anticipate finalizing the settlement within sixty days.

In light of these developments, the parties jointly request that the Court take all pending dates off-calendar. If the parties have not finalized a settlement within sixty days, the parties propose filing a joint status report with the Court on March 9, 2012, and filing joint status reports thereafter every two weeks until the settlement is finalized.

Respectfully submitted,

Dated: January 6, 2012

/s/ Kent A. Yalowitz
Andrew P. Gordon
McDonald Carano Wilson LLP
2300 West Sahara Avenue
Suite 1000
Las Vegas, Nevada 89102

Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue, 34th Floor
New York, New York 10022

Attorney for Plaintiffs and Counterclaim Defendant

Dated: January 6, 2012

STEVEN W. MYHRE
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515
/s/ Andy R. Camacho
JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.   20044-0683

Attorneys for the United States of America

ORDER

IT IS SO ORDERED.
DATED: 1-10-2012

United States Magistrate Judge