```
Andrew P. Gordon (Nevada Bar No. 3421)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966

Kent A Yalowitz, Esq.
ARNOLD & PORTER LLP
399 Park Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
```

*Attorneys for Plaintiffs and Counterclaim Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant. <br><br>——————————————— <br> United States <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Draney Information Services Corp., <br><br> Counterclaim Defendant | Civil No. 2:09-cv-00040- LDG (VCF) <br><br> **AMENDED JOINT REQUEST TO TAKE PENDING DATES OFF-CALENDAR** |

Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States are in the process of negotiating a settlement of all issues in the case. On January 6, 2010, Plaintiffs inadvertently filed an earlier draft of the Joint Request to Take Pending Dates Off-Calendar containing imprecise language in describing the state of the settlement negotiations and in the conditions of the agreed-upon joint request, which was subsequently granted by the Court. Plaintiffs file this Amended Joint Request to correct the record.

7915536.1

After extensive discussions and analysis, Plaintiffs presented a detailed written proposal to the Department of Justice, and counsel of record for the United States has recommended acceptance of that proposal by senior officials at the Department of Justice who have ultimate and final settlement authority. The parties are working towards finalizing the settlement within sixty days.

In light of these developments, the parties jointly request that the Court take all pending dates off-calendar. If the parties have not finalized a settlement within sixty days, the parties propose filing a joint status report with the Court on March 9, 2012, and filing joint status reports each month thereafter until the senior officials at the Department of Justice complete their review.

Respectfully submitted,

Dated:   January 12, 2012

/s/Andrew P. Gordon
Andrew P. Gordon
McDonald Carano Wilson LLP
2300 West Sahara Avenue
Suite 1000
Las Vegas, Nevada 89102

Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue, 34th Floor
New York, New York 10022

Attorney for Plaintiffs and Counterclaim Defendant

Dated:   January 12, 2012

STEVEN W. MYHRE
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515
Andy R. Camacho
JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.   20044-0683

Attorneys for the United States of America

ORDER

IT IS SO ORDERED.

DATED:   1-12-2012   _____

United States Magistrate Judge

7915536.1