Andrew P. Gordon (Nevada Bar No. 3421)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966

Kent A Yalowitz, Esq.
ARNOLD & PORTER LLP
399 Park Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs and Counterclaim Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc., ) ) | Civil No. 2:09-cv-00040- LDG (VCF) |
| Plaintiffs, ) ) | **JOINT STATUS REPORT** |
| v. ) ) | |
| United States, ) ) | |
| Defendant. ) ) | |
| _____ ) | |
| United States ) ) | |
| Counterclaim Plaintiff, ) ) | |
| v. ) ) | |
| Draney Information Services Corp., ) ) | |
| Counterclaim Defendant ) ) | |
| _____ ) | |

Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States Pursuant to the Court's Order of January 12, 2012, the parties submit the following status report to describe their progress towards settlement.

As this Court is aware, Plaintiffs were engaged in discussions with the United States aimed at resolving all of the claims in this case and, on December 1, 2011, Plaintiffs submitted a formal offer of settlement to the Department of Justice. The Chief of the Civil Trial Section, Western Region, has completed his formal

recommendation with respect to Plaintiffs' offer, and that recommendation, along with the trial attorneys'

recommendation, have been submitted to the Tax Division's Office of Review (the "Office of Review") for its

evaluation and recommendation which must be reviewed by senior officials at the Department of Justice who

have ultimate and final settlement authority. Similarly, the Internal Revenue Service also completed its

recommendation with respect to the Plaintiffs' offer, and a copy of that recommendation has been provided to

the Office of Review. To date, the Office of Review has made substantial progress and has recently requested

additional information from Plaintiffs, which has been provided, but has not yet completed its full review of

Plaintiffs' offer. Once the Office of Review has completed its review of Plaintiffs' offer, the offer must be

reviewed by other senior officials at the Department of Justice.

     Given this status, the parties respectfully request that the Court set an April 9, 2012, deadline for a

status report on the continued progress toward a final resolution.

Respectfully submitted,

Dated:  March 9, 2012

/s/Kent A. Yalowitz
Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue, 34th Floor
New York, New York 10022

Andrew P. Gordon
McDonald Carano Wilson LLP
2300 West Sahara Avenue
Suite 1000
Las Vegas, Nevada 89102

Attorney for Plaintiffs and Counterclaim Defendant

Dated:  March 9, 2012

STEVEN W. MYHRE
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

ORDER

IT IS SO ORDERED.

DATED this ___ day of March, 2012.

_____

Lloyd D. George
Sr. U.S. District Judge

Andy R. Camacho
JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683

Attorneys for the United States of America

8186905.1