KATHRYN KENEALLY
Assistant Attorney General

JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile:   (202) 307-0054
jeremy.n.hendon@usdoj.gov
andy.r.camacho@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant. | Civil No. 2:09-cv-00040- LDG (VCF) <br><br> **JOINT STATUS REPORT** |
| United States <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Draney Information Services Corp., <br><br> Counterclaim Defendant | |

    Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States, pursuant to the Court's Order of January 12, 2012, submit the following status report to describe their progress towards settlement.

    As this Court is aware, Plaintiffs were engaged in discussions with the United States aimed at resolving all of the claims in this case and, on December 1, 2011, Plaintiffs submitted a formal offer of settlement to the Department of Justice. The Chief of the Civil Trial Section, Western Region, has completed his formal

recommendation with respect to Plaintiffs' offer, and that recommendation, along with the trial attorneys' recommendation, have been submitted to the Tax Division's Office of Review (the "Office of Review") for its evaluation and recommendation.   Similarly, the Internal Revenue Service also completed its recommendation with respect to the Plaintiffs' offer, and a copy of that recommendation has been provided to the Office of Review.   While under evaluation at the Office of Review, the parties agreed to certain revisions and adjustments to the settlement offer and the settlement offer was formally amended on March 28, 2012.   The Office of Review completed its review of the amended settlement offer on April 9, 2012 and forwarded its favorable recommendation to the Deputy Assistant Attorney General for Appellate and Review, who is reviewing that recommendation.   A final settlement will require the approval of the United States Associate Attorney General.

Given this status, the parties respectfully request that the Court set a May 28, 2012 deadline for a status report on the continued progress toward a final resolution.

Respectfully submitted,

Dated:   May 9, 2012

/s/Kent A. Yalowitz
Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue, 34th Floor
New York, New York 10022

Attorney for Plaintiffs and Counterclaim Defendant

Dated:   May 9, 2012

KATHRYN M. KENEALLY
Assistant Attorney General

/s/Andy R. Camacho
JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.   20044-0683

Attorneys for the United States of America

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___5-10-2012_____

8451858.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **JOINT STATUS REPORT** has been made this 9th day of May, 2012, by electronically transmitting via the Court's CM/ECF system to the following:

>Andrew P. Gordon
>McDonald Carano Wilson LLP
>2300 West Sahara Avenue
>Suite 1000
>Las Vegas , Nevada 89102
>Email: agordon@mcdonaldcarano.com
>
>Kent A Yalowitz
>Arnold & Porter LLP
>399 Park Avenue, 34th Floor
>New York , New York 10022
>Email: Kent.Yalowitz@aporter.com

>/s/Andy R. Camacho
>ANDY R. CAMACHO
>Trial Attorney, Tax Division
>U.S. Dept. of Justice

8451858.1