KATHRYN KENEALLY
Assistant Attorney General

JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile:   (202) 307-0054
jeremy.n.hendon@usdoj.gov
andy.r.camacho@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>United States,<br><br>                    Defendant.<br>_____<br><br>United States<br><br>                    Counterclaim Plaintiff,<br><br>           v.<br><br>Draney Information Services Corp.,<br><br>                    Counterclaim Defendant<br>_____ | Civil No. 2:09-cv-00040- LDG (VCF)<br><br>JOINT STATUS REPORT |

Plaintiffs Draney Information Services Corp., WRLJ Maple Corp., and PS Holdings, Inc. (collectively, "Plaintiffs") and Defendant United States submit the following status report to describe their progress towards settlement.

On June 15, 2012, the parties submitted a report reflecting that the Department of Justice, Tax Division had completed its review of Plaintiffs' settlement offer in this action (along with another settlement offer in a related case pending in the Court of Federal Claims), and submitted the Tax Division's favorable

recommendation to the final step of review at the Department of Justice. There are no further updates at this time.

The parties respectfully request that the Court set a July 20, 2012 deadline for a status report on the continued progress toward a final resolution.

Respectfully submitted,

Dated: July 13, 2012

/s/Kent A. Yalowitz
Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue, 34th Floor
New York, New York 10022

Attorney for Plaintiffs and Counterclaim Defendant

Dated: July 13, 2012

KATHRYN M. KENEALLY
Assistant Attorney General

/s/Andy R. Camacho
JEREMY N. HENDON
ANDY R. CAMACHO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

Attorneys for the United States of America

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

8717696.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **JOINT STATUS REPORT** has been made this 13th day of July, 2012, by electronically transmitting via the Court's CM/ECF system to the following:

>Andrew P. Gordon
>McDonald Carano Wilson LLP
>2300 West Sahara Avenue
>Suite 1000
>Las Vegas , Nevada 89102
>Email: agordon@mcdonaldcarano.com
>
>Kent A Yalowitz
>Arnold & Porter LLP
>399 Park Avenue, 34th Floor
>New York , New York 10022
>Email: Kent.Yalowitz@aporter.com

>/s/Andy R. Camacho
>ANDY R. CAMACHO
>Trial Attorney, Tax Division
>U.S. Dept. of Justice

8717696.1